### 6880.  GADDIS *v.* COKER.

WADE, J.  1. The issue was purely one of fact; and since there was some testimony tending to establish the existence of the relation of landlord and tenant between the parties, the verdict was not unsupported by evidence.

2. In the light of this ruling the special grounds of the motion for a new trial are without any substantial·merit.          *Judgment affirmed.*

DECIDED MAY 19, 1916.

Distraint; from city court of Floyd county—Judge Reece. August 19, 1915.

*Eubanks & Mebane,* for plaintiff in error.

*Lipscomb & Willingham, Nathan Harris,* contra.